SHAIN WASSER (SBN 293706)
shain.wasser@kennedyslaw.com
**KENNEDYS CMK LLP**
915 Wilshire Blvd.
Suite 700
Los Angeles, California 90017
T: (213) 224-0742
F: (415) 323-4445

ALEXANDRA NIELSEN (SBN)
alexandra.nielsen@kennedyslaw.com
*Pro Hac Vice*, Pending
**KENNEDYS CMK LLP**
222 Delaware Avenue
Suite 710
Wilmington, DE 19801
T: (302) 308-6645
F: (302) 308-6646

Attorney for Defendants,
UNIX PACKAGING LLC, and
KOUROSH MELAMED

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FREIGHT ESSENTIALS, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>UNIX PACKAGING LLC, KOUROSH MELAMED and DOES 1-5<br><br>Defendants. | 2:25-cv-01318-JAK-MAA<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>**Date: December 29, 2025**<br><br>**Judge: Judge John A. Kronstadt**<br><br>Complaint Filed: February 14, 2025<br>Trial Date: TBD |

Plaintiff and Defendant respectfully submit this Stipulation for Dismissal with Prejudice Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and the parties hereby stipulate that this action be dismissed with prejudice, each party to bear its own attorneys' fees and costs.

DATED: December 29, 2025

KENNEDYS CMK LLP

By: /s/ *Shain Wasser*
SHAIN WASSER
Attorney for DEFENDANTS,
UNIX PACKAGING LLC, and
KOUROSH MELAMED

DATED: December 29, 2025

By: /s/*Jesse Zirillo*
Jesse Zirillo, Esquire

Attorneys for Plaintiff Freight Essentials, LLC